```
                IN THE UNITED STATES DISTRICT COURT
              FOR THE EASTERN DISTRICT OF PENNSYLVANIA

IN RE:                           :    BKY. NO. 09-11204
PHILADELPHIA NEWSPAPERS, LLC     :
                                 :
_____

ALYCIA LANE                      :    CIVIL ACTION
        Appellant,               :    NO. 09-4065
                                 :
    v.                           :
                                 :
PHILADELPHIA NEWSPAPERS, LLC,    :
                                 :
        Appellees.               :
```

## **O R D E R**

**AND NOW**, this **11th** day of **January, 2010**, it is hereby **ORDERED** that the August 5, 2009 decision of the Bankruptcy Court to extend the protection of the 11 U.S.C. § 362(a) stay to the Non-Debtors and issue an injunction, pursuant to 11 U.S.C. § 105(a), enjoining any action or action or legal proceeding, including discovery, is **AFFIRMED**.

**AND IT IS SO ORDERED.**

S/Eduardo C. Robreno
**EDUARDO C. ROBRENO, J.**